IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ROMELLO LAVELL NALEPA, | : |
| Plaintiff, | : |
| v. | : No. 3:24-cv-00006-TES-CHW |
| STATE OF GEORGIA, *et al.*, | : |
| Defendants. | : |

**ORDER**

*Pro se* Plaintiff Romello Nalepa, an inmate at the Walton County Jail in Monroe, Georgia, filed a 42 U.S.C. § 1983 complaint. ECF No. 1. Plaintiff also filed a motion for leave to proceed *in forma pauperis* without the statutory supporting documentation. ECF No. 2. On February 14, 2024, Plaintiff was ordered to either submit a certified copy of his inmate trust account for the preceding six months in support of his motion to proceed *in forma pauperis* or pay the full filing fee. ECF No. 4. Plaintiff was given fourteen (14) days to respond and was informed that failure to comply would result in dismissal of this action. *Id*. Plaintiff failed to respond.

Therefore, on March 22, 2024, the Court notified Plaintiff that it had not received a response and ordered him to show cause why his action should not be dismissed for failure to comply with an order of the Court. ECF No. 5. The Court unambiguously informed Plaintiff that this action would be dismissed if he failed to respond. *Id*. Plaintiff was given fourteen (14) days to respond. *Id*. Plaintiff once again did not respond.

Additionally, mail sent to Plaintiff at the Walton County Jail address provided by the Plaintiff has been returned to the Court with a notation indicating that he may no longer be incarcerated at that facility. ECF No. 6. The Plaintiff has not otherwise notified the Court of his current address.

Due to Plaintiff's failure to follow the Court's orders, failure to keep the Court informed of his address, and failure to prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED,** this 5th day of April, 2024.

Tilman E. Self, III
TILMAN E. SELF, III., JUDGE
UNITED STATES DISTRICT COURT

2